COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| LUIS CARMEN BARRAZA, | § | No. 08-13-00276-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 388th District Court |
| | § | |
| MARIA BARRAZA, | | of El Paso County, Texas |
| | § | |
| | | (TC# 2011DCM04259) |
| Appellee. | § | |

## **MEMORANDUM OPINION**

This appeal is before the Court on its own motion for determination of whether it should be dismissed for want of prosecution. Finding that Appellant has failed to pay the case filing fee and has failed to comply with a notice by the Clerk requiring a response from Appellant, we dismiss the appeal for want of prosecution.

Appellant filed a notice with the trial court clerk seeking to appeal the final decree of divorce but he did not pay the case filing fee of $195 as required by TEX.R.APP.P. 5 nor did he establish his indigence in accordance with TEX.R.APP.P. 20.1. On September 13, 2013, the Clerk of the Court notified Appellant he had not paid the filing fee and advised that failure to pay the filing fee within twenty days would result in dismissal of the appeal pursuant to TEX.R.APP.P. 42.3(b) and (c). The Clerk sent a second letter to Appellant requesting payment of the filing fee on October 22, 2013. Appellant has not paid the filing fee or otherwise responded to the Clerk's

inquiries. We therefore dismiss the appeal.


GUADALUPE RIVERA, Justice

December 13, 2013

Before McClure, C.J., Rivera, and Rodriguez, JJ.